■ The People of the State of New York, Respondent, v Richie Rivera, Appellant. [776 NYS2d 565]—Judgment, Supreme Court, Bronx County (William I. Mogulescu, J.), rendered October 15, 2001, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him, as a second felony offender, to a term of 20 years, unanimously affirmed.

In view of our affirmance of defendant's New York County conviction, there is no basis for reversing the instant conviction. Concur—Nardelli, J.P., Andrias, Ellerin, Lerner and Marlow, JJ.